# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

HAMED ABOUELSAOUD

CASE NUMBER: **08CV2111**

V.

ASSIGNED JUDGE: **JUDGE NORGLE**

MICHAEL B. MUKASEY ET AL.

DESIGNATED MAGISTRATE JUDGE: **JUDGE KEYS**

TO: (Name and address of Defendant)

RUTH A DOROCHOFF
DISTRICT DIRECTOR
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
U.S. DEPARTMENT OF HOMELAND SECURITY
101 W. CONGRESS PARKWAY
CHICAGO, IL 60605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ANJANA PRASAD
LAW OFFICES OF MICHAEL J. THOREN
734 ASBURY AVENUE
EVANSTON, IL 60202

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*/s/ Cervantes*

(By) DEPUTY CLERK

APR 1 5 2008

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/30/2008 |
| NAME OF SERVER (PRINT) ANJANA PRASAD | TITLE ATTORNEY |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED VIA CERTIFIED MAIL WITH RETURN RECEIPT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/20/2008
       Date

Signature of Server: A. Prasad

Address of Server:
LAW OFFICES OF MICHAEL J. TWOREK
734 ASBURY AVENUE
EVANSTON, IL 60202

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.