# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Hamed Ali Abouelsaoud

                           Plaintiff,

v.                                         Case No.: 1:08−cv−02111
                                         Honorable Charles R. Norgle Sr.

Michael B. Mukasey, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 18, 2008:

         MINUTE entry before the Honorable Charles R. Norgle, Sr: Plaintiff's request to voluntarily dismiss this case is granted. Case dismissed. Status hearing set for 08/21/2008 is stricken. Civil case terminated. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.